IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEBORAH SHRADER,<br><br>      Plaintiff,<br><br>  vs.<br><br>MAUI POLICE DEPARTMENT, ET AL.,<br><br>      Defendants. | CV 12-00335 JMS KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 29, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Dismiss Action" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 20, 2013.



      /s/ J. Michael Seabright
    J. Michael Seabright
    United States District Judge